

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BERNICE PATTERSON

VERSUS

SOCIAL SECURITY
ADMINISTRATION, JOANN
BARNHART, COMMISSIOINER

CIVIL ACTION

NO. 04-3132

SECTION "N"(1)

ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objections to the Magistrate

Judge's Report and Recommendation filed by the plaintiff on June 3, 2005, hereby approves the

Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion

herein. Therefore,

IT IS ORDERED that defendant's motion for summary judgment is GRANTED.

New Orleans, Louisiana, this 27ᵗᵗ day of _____October_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep._____
___ Doc. No._____